NO. 07-12-0287-CR
NO. 07-12-0288-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 25, 2012

_____

KEITH TAYLOR, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY;

NOS. D-1-DC-11-300144 & D-1-DC-12-904028;
HONORABLE JULIE KOCUREK, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Following pleas of guilty, Appellant, Keith Taylor, was convicted of aggravated

robbery with a deadly weapon,[1] enhanced, in cause number D-1-DC-11-300144 and of

solicitation to commit capital murder,[2] enhanced, in cause number D-1-DC-12-904028.

---

[1]Tex. Penal Code Ann. § 29.03(a)(2) (West 2011).
[2]Tex. Penal Code Ann. § 19.03(a)(3) West Supp. 2011).

Pursuant to a plea bargain, he was sentenced to forty-five years confinement in each cause, with the sentences to run concurrently. The *Trial Court's Certification of Defendant's Right to Appeal* filed in each cause reflects that Appellant's cases are plea-bargained cases with no right of appeal. The certifications notwithstanding, Appellant filed notices of appeal challenging his convictions.

By letter dated July 11, 2012, this Court notified Appellant of the consequences of the certifications and invited him to either file amended certifications showing a right to appeal or demonstrate other grounds for continuing the appeal on or before July 21, 2012. Appellant did not respond. Because he has failed to file an amended certification reflecting a right of appeal and has not shown good cause for continuing these appeals, we have no alternative but to dismiss these appeals based on the trial court certifications. *See* Tex. R. App. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.